```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    **UNSEALING ORDER**
                                 :
MARIO RODRIGUEZ,                 :    S3 20 Cr. 301 (PKC)
                                 :
        Defendant.                :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Nicholas W. Chiuchiolo, it is hereby ORDERED that Superseding Indictment S3 20 Cr. 301 (PKC), which was filed under seal on January 5, 2021 and is annexed hereto, is unsealed.

SO ORDERED.

Dated: New York, New York
       March 16, 2022

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTARTE JUDGE