# ALLEN & OVERY

BY ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 610 6369 |

eugene.ingoglia@allenovery.com

June 8, 2022

**United States v. Mario Rodriguez, No. 20 Cr. 301 (PKC)**

Dear Judge Castel:

We represent the defendant, Mario Rodriguez, in the above-captioned matter, and write to respectfully request an adjournment of the conference that is currently scheduled for 3 p.m. on June 14, 2022.

We request an adjournment of 60 days to 3 p.m. on August 15, 2022, or at such date and time as Your Honor prefers, in order to continue to review the voluminous discovery in this matter, to evaluate potential motions, and to have discussions with the government regarding a potential disposition of this matter.  We consent to the exclusion of the time between June 14, 2022 and the date of the next conference in computing time under the Speedy Trial Act.

There have been no previous requests for adjournment or extension in this matter, and the government consents to this request.  We are available to answer any questions Your Honor may have.

Respectfully submitted,

/s/ Eugene Ingoglia

**Eugene Ingoglia**
Partner

CC: AUSA Nicholas Chiuchiolo, AUSA Peter Davis

---

Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for June 14, 2022 is adjourned until September 1, 2022 at 2:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to continue reviewing discovery, to evaluate potential motions, and to discuss a potential disposition of this matter.  Accordingly, the time between today and September 1, 2022 is excluded.
SO ORDERED.
Dated:  6/9/2022

P. Kevin Castel
United States District Judge

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.