UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

                                                                                    20 CR 301-07 (PKC)

        -against-                                                   ORDER

MARIO RODRIGUEZ,

                           Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for January 3, 2023 is adjourned until March 21, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to continue to assess the voluminous discovery in this matter, to evaluate potential motions, to have discussions with the government regarding a potential disposition of this matter, and to accommodate the schedules of counsel.  Accordingly, the time between today and March 21, 2023 is excluded.

        SO ORDERED.

                                                                P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
            December 19, 2022