UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                              S3 20 CR 301 (PKC)

-against-                     <u>ORDER</u>

MARIO RODRIGUEZ,

                    Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

The time of the conference scheduled for June 7, 2023 is changed from 3:00 p.m. to <u>3:30 p.m.</u> in Courtroom 11D.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 31, 2023