UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                20 CR 301 (PKC)

        -against-                                      ORDER

MARIO RODRIGUEZ,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The Court has been advised by counsel for defendant Mario Rodriguez (USMS 91429-054, Essex Facility No.: 227007993) that he has been approved for a visit with an orthopedic physician and that approval was granted by the Essex Facility on March 29, 2023. The Court respectfully urges the Facility to grant priority to this request.

       SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
           June 8, 2023