UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20 CR 301-7 (PKC)

       -against-                                          ORDER

MARIO RODRIGUEZ,

                    Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the pretrial conference previously scheduled for October 10, 2023 is adjourned until October 19, 2023 at 3:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow time for defendant to prepare for a plea proceeding.  Accordingly, the time between 10/10/2023 and October 19, 2023 is excluded.

        SO ORDERED.

                                                          P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
           October 13, 2023