UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       20 CR 301-7 (PKC)

        -against-                                      ORDER

MARIO RODRIGUEZ,

                         Defendant.
-------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the plea hearing previously scheduled for November 1, 2023 is adjourned until November 16, 2023 at 2:00 p.m. in Courtroom 11D because of the inability to provide handicap-accessible transportation for the defendant.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to allow time to provide handicap-accessible transportation for the defendant. Accordingly, the time between November 1 and November 16, 2023 is excluded.

        SO ORDERED.

                                     _____
                                        P. Kevin Castel
                                 United States District Judge

Dated:  New York, New York
        November 3, 2023