UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                  20-cr-301 (PKC)

      -against-                                         ORDER

MARIO RODRIGUEZ,

              Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court shares the desire that Mario Rodriguez receive the medical care he needs. He is being held in a pretrial detention status by Essex County Jail. His sentencing has been twice put off, in part, for orthopedic surgery consultations. The Court is now advised that he will require two surgeries. The present request is that sentencing be put off for 45 days, the exact period requested in the last two granted adjournment requests. No information is provided as to the timing of his expected fitness to be transferred to BOP custody. The requested period appears to be a placeholder until a further medical update. Taking into account recovery and rehabilitation, it could be several months before he is available to be sentenced on the proposed program.

        Application DENIED. The Court is open to recommending that the defendant be sent to a BOP medical facility and that he be evaluated for orthopedic surgery at that facility.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       June 5, 2024