Submit proposed redacted transcript and unredacted (marked) via Chambers email.
SO ORDERED.
Dated: 9/18/2024

*P. Kevin Castel*
United States District Judge

**A&O SHEARMAN**

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Allen Overy Shearman Sterling US LLP
1221 Avenue of the Americas
New York, NY 10020

| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 610 6399 |

Eugene.Ingoglia@AOShearman.com

September 17, 2024

**Re:** *United States v. Mario Rodriguez*, No. 20 Cr. 301 (PKC)

Dear Judge Castel:

We represent the Defendant, Mario Rodriguez, in the above captioned matter. We submit this letter-motion to respectfully request an order permitting the redaction of the transcript of the sentencing hearing of Mr. Rodriguez held on June 26, 2024 for information satisfying the "sensitive information" and "caution" categories as identified in Southern District's ECF Privacy Policy. *See also* Your Honor's Individual Practices for Sentencing Proceedings (authorizing parties, without application to the Court, to redact "sensitive information" and "information requiring caution" in sentencing materials as defined in Southern District's ECF Privacy Policy).

While a presumption of public access applies to judicial documents, *e.g.*, documents relevant to the performance of the judicial function and useful in the judicial process, the weight of the presumption is "governed by the role of the material at issue" and the resulting value of such information to the public. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). Although there is a qualified right of public access to Court documents, the Second Circuit has recognized that documents may be filed under seal to protect, among other things, a defendant's safety or to further ongoing law enforcement efforts. *See United States v. Cojab*, 996 F.2d 1404, 1407–09 (2d Cir. 1993) (affirming sealing order); *United States v. Haller*, 837 F.2d 84, 88 (2d Cir. 1988) (same); *see also* Fed. R. Crim. Pro. 49.1(d) and (e) & advisory committee note. The portions of the transcript that we seek to redact pertain to these protected interests.

In the event Your Honor grants this application, the Parties will confer and submit a joint letter under seal proposing the specific sections of the transcript be sealed.[1] The Government consents to this request.

---

[1] To note, the transcript of the proceeding has not yet been ordered and is not currently available on ECF.

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

Respectfully submitted,

*/s/ Eugene Ingoglia*

**Eugene Ingoglia**
Partner

CC: AUSA Nicholas Chiuchiolo, AUSA Peter Davis